# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 08-678V
Filed: September 25, 2012

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| HEIDI JAGOE, parent of | \* |
| MICHAEL JAGOE, a minor | \* |
| | \* |
| Petitioner, | \* |
| | \* |
| v. | \* |
| | \* |
| SECRETARY OF THE DEPARTMENT | \* |
| OF HEALTH AND HUMAN SERVICES, | \* |
| | \* |
| Respondent. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

On August 21, 2012, the undersigned granted in part and denied in part petitioner's request to redact information from the August 3, 2012 Decision prior to posting on the court's website. The attached Decision is being filed, reissued with the redactions granted in the August 21, 2012 Order. The undersigned directs the attached, redacted Decision to be entered into the record. This redacted version will be available on the website of the U.S. Court of Federal Claims.

Any questions regarding this Order shall be directed to my law clerk, Danielle Strait, at (202) 357-6343.

**IT IS SO ORDERED.**

<u>s/ Gary J. Golkiewicz</u>
Gary J. Golkiewicz
Special Master